1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 559-4000
   Facsimile: (559) 559-4099

6  Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:19-po-00135-JLT |
| Plaintiff, | |
| v. | UNITED STATES' MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL |
| RUSSELL A MARKMAN, | |
| Defendant. | |

The United States now moves to dismiss citation F4861448 issued to Russell A. Markman on March 3, 2019, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: May 29, 2019                    McGREGOR W. SCOTT
                                       United States Attorney

                                  By:  /s/ Michael G. Tierney
                                       MICHAEL G. TIERNEY
                                       Assistant U.S. Attorney

1

[~~PROPOSED~~] ORDER

The Court hereby orders that citation number F4861448, issued to Russell A. Markman on March 3, 2019 is DISMISSED WITHOUT PREJUDICE

IT IS SO ORDERED.

Dated: __**May 29, 2019**__     _____**/s/ Jennifer L. Thurston**_____
                                        UNITED STATES MAGISTRATE JUDGE